RECEIVED BY MAIL
APR 03 2006
CLERK US DIST COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-91 PAM/RLE

UNITED STATES OF AMERICA )
Plaintiff, )
v. )
PATRICIA SIGANA, )
Defendant, )
and )
SEVEN CLANS CASINO, )
Garnishee. )

ANSWER OF THE GARNISHEE
(EARNINGS)

Seven Clans Casino, being duly sworn, deposes and says:

**I. TO BE COMPLETED BY ALL GARNISHEES:**

A: Identification of the Garnishee

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of Red Lake Gaming, Inc.
(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of ________________________,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the ______________ of Garnishee, __________
(Title) (Full name/

________________________, a corporation, organized under the
address of corporation)

laws of the State of ____________________.

SCANNED
APR 3 2006
U.S. DISTRICT COURT MPLS

B: Calculation of Amounts Subject to Garnishment

On ________________, 2005, Garnishee was served with the Writ of Continuing Garnishment. If, at any time during the pay period in effect when the Writ was served, the above-named defendant was employed by the garnishee or was owed earnings by the garnishee, proceed to Number 1 below. If, during that time, the above-named defendant was not employed by the garnishee and was not owed any earnings from the garnishee, proceed to Number II in this Answer of Garnishee.

1. Defendant's regular pay period is

_____ weekly __X__ bi-weekly _____ semi-monthly _____ monthly

_____ other, explain ________________________________.

Enter date present pay period began: 1/23/06

Enter date present pay period ends: 2/05/06

(Present pay period is the pay period during which this Writ was served.)

2. Calculate the defendant's disposable earnings for the present pay period:

a. Gross Income (includes salary wages, overtime, commissions, income trusts and all other income before any deductions) $ 646.80

b. Federal Income Tax $ 43.70

c. FICA Income Tax $ 40.11

d. State Income Tax $ 0

e. Total Withholdings (Total "b" through "d") $ 83.81

f. **Disposable Earnings for** **<u>Present</u> Pay Period** (**Subtract** "e" from "a") $ 542.99

If the figure on Line "f" above is less than $154.50 per week, write "no garnishment allowed for present pay period" on Line "g" below, and proceed to Number 4 in this Answer of Garnishee.

g. **Maximum earnings available for garnishment from the <u>present</u> pay period** (Multiply "f" times .25) $ 140.75

If the earnings listed on Line "g" above are currently subject to previously-served garnishments or court orders, provide the information requested below. If the earnings listed on Line "g" above are <u>not</u> subject to any previously served garnishments/orders, write "$0.00" on Line "h" below previously served and proceed to Number 3.

| Description of Previously-Served Garnishments/Orders | Amount Taken Under Previously-Served Garnishments/Orders for Present Pay Period | Expiration Date of Previously-Served Garnishments/Orders |
|---|---|---|
| ______ | (i) $ ______ | ______ |
| ______ | (ii) $ ______ | ______ |
| ______ | (iii) $ ______ | ______ |

h. **<u>Total</u> due for <u>present</u> pay period under previously-served garnishments/orders** (add (i) through (iii))

$ -0-

3. Determine the extent to which the earnings of the defendant for the <u>present</u> pay period are available for <u>this</u> garnishment:

| List <u>Each</u> Future Pay Period | List 25% (.25) of the Projected Disposable Earnings for <u>Each</u> Future Pay Period | List Total Amount Due Under Previously-Served Garnishments/Orders for <u>Each</u> Future Pay Period | List Actual Projected Earnings Available for <u>This</u> Garnishment from <u>Each</u> Future Pay Period (Subtract "c" from "b" for Each Pay Period) |
|---|---|---|---|
| a. ____________ | b. $____________ | c. $____________ | d. $____________ |
| ____________ | $____________ | $____________ | $____________ |
| ____________ | $____________ | $____________ | $____________ |

(Remember, this is a continuous garnishment and is immediately effective unless the amount now being paid out pursuant to previously-served garnishments and court orders equals or exceeds 25 percent of the debtor's disposable earnings. In those cases, and only in those cases, this Writ will be effective as soon as the amount now being paid out pursuant to previously-served garnishments and court orders drops below 25 percent of the debtor's disposable earnings. Then, this Writ will continue until such time as the entire debt balance has been paid in full, giving way only to subsequently-served <u>support</u> garnishments and <u>support</u> orders.)

If you do <u>not</u> claim an exemption, objection, defense or set-off to the amounts entered on Line "4" for future pay periods, you must retain those amounts, as they become available, up to the total debt balance as set forth in the Writ of Continuing Garnishment, pending further order of the Court. (Note, the defendant is responsible under this garnishment for <u>all</u> interest that accrues on this debt through the date on which payment in full

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

______________________________
Garnishee

SUBSCRIBED and SWORN to before me this

8 day of March, ~~2005~~ 2006.

Roma Lussier
NOTARY PUBLIC

ROMA LUSSIER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2008