UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 00-91(PAM/RLE)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) **GARNISHMENT ORDER**
)
PATRICIA SIGANA, )
)
Defendant, )
)
SEVEN CLANS CASINO, )
)
Garnishee. )

TO: Patricia Sigana, defendant
Seven Clans Casino, garnishee

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about December 1, 2005.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about April 3, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about December 1, 2005, the defendant was personally served with notice of the right to a hearing as to this

garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" bi-weekly in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff bi-weekly as they become due and owing.

Dated: May 1, 2006

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE