PAYMENT HISTORY REPORT

FOR: 2000Z01059/002

DEBTOR: Sigana, Patricia
COURT NUMBER: 00-91 PAM

PRIORITY CODE: 02

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6B | 17-SEP-2001 | CH/A | clerk | | 500112819 | | $20.00 | 18-SEP-2001 |
| 0003 | PMNT | 6B | 01-OCT-2001 | OT/A | clerk | | 500112829 | | $20.00 | 10-OCT-2001 |
| 0004 | PMNT | 6B | 30-OCT-2001 | CH/A | clerk | | 500112846 | | $20.00 | 01-NOV-2001 |
| 0005 | PMNT | 6B | 14-NOV-2001 | CH/A | clerk | | 500112859 | | $20.00 | 16-NOV-2001 |
| 0006 | PMNT | 6B | 29-NOV-2001 | CH/A | CLERK | | 500112880 | | $20.00 | 30-NOV-2001 |
| 0007 | PMNT | 6B | 15-JAN-2002 | OT/A | Sigana | | 500112899 | | $20.00 | 16-JAN-2002 |
| 0008 | PMNT | 6B | 24-JAN-2003 | OT/A | Sigana | | 500113164 | | $10.00 | 27-JAN-2003 |
| 0009 | PMNT | 6B | 20-FEB-2003 | OT/A | Sigana | | 500113180 | | $10.00 | 21-FEB-2003 |
| 0010 | PMNT | 6B | 29-MAY-2003 | OT/A | Sigana | | 400267402 | | $10.00 | 29-MAY-2003 |
| 0011 | PMNT | 6B | 14-AUG-2001 | OT/A | Sigana-old | | 500112798 | | $20.00 | 19-JUN-2003 |
| 0012 | PMNT | 6B | 14-JUL-2003 | CL/A | Imm. Conc. Church | | 400268372 | | $20.00 | 14-JUL-2003 |
| 0017 | PMNT | 6B | 23-FEB-2004 | CL/A | ST MARYS FUND | | 400 272633 | | $15.00 | 23-FEB-2004 |
| 0019 | PMNT | 6B | 03-NOV-2004 | CL/A | Immaculate Conceptio | | 400277618 | | $25.00 | 03-NOV-2004 |
| 0020 | PMNT | 6B | 20-JUN-2005 | CL/A | Patricia | | 400284442 | | $100.00 | 20-JUN-2005 |
| 0022 | PMNT | 6B | 30-MAY-2006 | GC/H | Red Lake Gaming | | 4641004041 | | $140.75 | 01-JUN-2006 |
| 0023 | PMNT | 6B | 14-JUN-2006 | CL/A | Red Lake Gaming | | 4641004426 | | $140.75 | 16-JUN-2006 |
| 0024 | PMNT | 6B | 22-JUN-2006 | CL/A | Red Lake Gaming | | 4641004699 | | $140.75 | 23-JUN-2006 |
| 0025 | PMNT | 6B | 17-JUL-2006 | GC/H | Red Lake Gaming | | 4641005429 | | $140.75 | 18-JUL-2006 |
| 0026 | PMNT | 6B | 07-AUG-2006 | GC/H | Red Lake Gaming | | 4641005902 | | $140.75 | 08-AUG-2006 |
| 0027 | PMNT | 6B | 14-AUG-2006 | GC/H | Red Lake Gaming | | 4641006074 | | $140.75 | 16-AUG-2006 |
| 0028 | PMNT | 6B | 15-SEP-2006 | GC/H | Patricia | | 4641006930 | | $140.75 | 19-SEP-2006 |
| 0029 | PMNT | 6B | 28-SEP-2006 | GC/H | Red Lake Gaming | | 4641007232 | | $108.62 | 02-OCT-2006 |